**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| JANET E. HIZAR, | ) Case No.: 12-cv-1735 SKO |
| Plaintiff, | ) **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | ) |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Janet E. Hizar ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: June 11, 2013          Respectfully submitted,

                             LAW OFFICES OF LAWRENCE D. ROHLFING

                                  /s/ *Young Cho*
                       BY:_____
                             Young Cho
                             Attorney for plaintiff Janet E. Hizar

DATE: June 11, 2013          BENJAMIN B. WAGNER
                             United States Attorney


                                  /s/ *Daniel P. Talbert*
                             _____
                             Daniel P. Talbert
                             Special Assistant United States Attorney
                             Attorneys for Defendant Carolyn W. Colvin,
                             Acting Commissioner of Social Security
                             (Per e-mail authorization)

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1.   This case is dismissed with prejudice; and

2.   This action is to be administratively closed.



IT IS SO ORDERED.

   Dated:   **June 13, 2013**                  **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE