1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

JANET E. HIZAR,                                    ) Case No.:  12-cv-1735 SKO
                                                   )
                                                   ) **STIPULATION AND ORDER FOR**
               Plaintiff,                          ) **DISMISSAL**
                                                   )
          vs.                                      )
                                                   )
CAROLYN W. COLVIN,[1] Acting                       )
Commissioner of Social Security,                   )
                                                   )
                                                   )
               Defendant.                          )

          TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE

OF THE DISTRICT COURT:

          IT IS HEREBY STIPULATED by and between Janet E. Hizar ("Plaintiff")

and Carolyn W. Colvin as the Acting Commissioner of Social Security

---

[1]  Carolyn W. Colvin became the Acting  Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  ("Defendant"), that this matter be dismissed with prejudice, each party to bear its

2  own fees, costs, and expenses.  The parties enter into this stipulation pursuant to

3  the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

4  DATE: June 11, 2013          Respectfully submitted,

5                               LAW OFFICES OF LAWRENCE D. ROHLFING

6                                      /s/ *Young Cho*

7                      BY: _____

8                               Young Cho
                                Attorney for plaintiff Janet E. Hizar

9  DATE: June 11, 2013          BENJAMIN B. WAGNER

10                              United States Attorney

11                                     /s/ *Daniel P. Talbert*

12                              _____

13                              Daniel P. Talbert
                                Special Assistant United States Attorney
                                Attorneys for Defendant Carolyn W. Colvin,

14                              Acting Commissioner of Social Security
                                (Per e-mail authorization)

15

16                              **ORDER**

17      Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

18      1.     This case is dismissed with prejudice; and

19      2.     This action is to be administratively closed.

20

21

22  IT IS SO ORDERED.

23      Dated:  __**June 13, 2013**__          _____**/s/ Sheila K. Oberto**__
                                               UNITED STATES MAGISTRATE JUDGE

24

25

26